**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  04-cr-00187-LTB

UNITED STATES OF AMERICA

       Plaintiff,

v.

3.   JOHN ESKERAL GUEBARA,

       Defendant.
_____

**ORDER**
_____

On April 11, 2006, the Government filed its Motion for Sentencing Reduction pursuant to Fed.R.Crim.P. 35(b).  Mr. Guebara was sentenced to a term of 100 months in prison after pleading guilty to possession with intent to distribute 5 kilograms or more of a cocaine mixture and conspiracy to commit money laundering.  He has appealed his sentence to the Tenth Circuit Court of Appeals.  *United States v. Guebara*, Case No. 05-1478.  As stated in the Government's motion, this Court lacks jurisdiction to rule upon its Rule 35(b) motion because of the appeal pending before the Tenth Circuit.  In its motion, the Government seeks a further 25% reduction from the 100-month sentence and recommends a sentence of 75 months to this Court.

Pursuant to the procedures set forth in the Government's motion, the Government requests certification in writing whether this Court is inclined to grant the motion.  Upon such certification, the parties will provide the certification, together with a motion for

remand, to the Tenth Circuit Court of Appeals so that Mr. Guebara's case may be remanded and he be resentenced. Counsel for Mr. Guebara does not object to the motion and to the Government's request.

Being duly advised

IT IS ORDERED that this Court hereby certifies that it is inclined to grant the Government's Fed.R.Crim.P. 35(b) motion for reduction of the Defendant's sentence of up to 25% from the 100-month sentence imposed to a sentence of 75 months.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED: April 12, 2006