## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.  04-cr-00187-LTB

UNITED STATES OF AMERICA

       Plaintiff,

v.

3.   JOHN ESKERAL GUEBARA,

       Defendant.

_____

## ORDER
_____

Upon Government's Motion for Sentencing Reduction Under the Provisions of Rule 35(b), Fed.R.Crim.P. (Doc 821 - filed April 21, 2006), it is

ORDERED that the Motion is GRANTED.  Defendant John Eskeral Guebara's sentence is reduced by 25% of his previous sentence, thereby sentencing Defendant to 75 months.

                   BY THE COURT:


                     s/Lewis T. Babcock
                     Lewis T. Babcock, Chief Judge

DATED:  May 3, 2006